**DISMISS and Opinion Filed July 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00533-CV**

**ADOLFO ALEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0939128**

## MEMORANDUM OPINION
Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

This appeal from the trial court's April 19, 2010 "order for court fees to be paid from inmate trust account" was filed nine years after the order was signed, on April 22, 2019. Because an appeal must generally be filed within thirty days from the date the judgment is signed, we questioned our jurisdiction over the appeal. *See* TEX. R. APP. P. 26.1; *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). We directed appellant to file a letter brief addressing our concern and cautioned him that failure to comply by June 17, 2019 could result in

dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c). To date, appellant

has not responded. Accordingly, lacking jurisdiction, we dismiss the appeal. *See id.* 42.3(a).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE


190533F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADOLFO ALEMAN, Appellant

No. 05-19-00533-CV     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F-0939128.
Opinion delivered by Justice Reichek,
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered July 11, 2019.